UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANDIES ROSE FISHING COMPANY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HENRY PAGH,<br><br>      Defendant. | NO. C18-672 RSM<br><br>STIPULATION AND ORDER TO AMEND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

## STIPULATION

Defendant seeks an order extending the deadline for initial disclosures and for filing the Combined Joint Status Report and Discovery Plan, and plaintiff does not oppose this. Suit was filed in this matter on May 9, 2018. Dkt. 1. Defendant's counsel Adam Trotsky accepted service on behalf of defendant on May 14, 2018. Pursuant to Fed. R. Civ. P. 12(A)(1)(a)(ii), defendant has 60 days from the date of service to file a responsive pleading. Accordingly, no responsive pleading is due until July 13, 2018.

On May 17, 2018, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 5. The Order sets the deadline for a FRCP 26(f) status

STIPULATION AND ORDER TO AMEND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (NO. 2:18-cv-00672 RSM) - 1

**KRAFT DAVIES P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA 98101
Ph. (206) 624-8844

conference on June 14, 2018, initial disclosures on June 21, 2018, and the Combined Joint Status Report and Discovery Plan on June 28, 2018.

Counsel for the parties held a FRCP 26(f) conference on June 14, 2018, at which time it was discussed that the upcoming deadlines are before the date by which the defendant is required to file a responsive pleading. Defendant believes that this makes for awkward case management, as the parties will not be able to fairly evaluate the needs of the case until a responsive pleading is filed and the issues are joined. Plaintiff does not oppose defendant's request to adjust the deadlines for initial disclosures and the joint status report and discovery plan.

Accordingly, defendant requests, without opposition from plaintiff, that the Court extend the deadlines for initial disclosures and the Combined Joint Status Report and Discovery Plan to July 20, 2018, which is one week after defendant must file a responsive pleading.

DATED this 18th day of June, 2018.

| KRAFT DAVIES, PLLC | SCHWABE WILLIAMSON & WYATT |
|---|---|
| s/ Marissa A. Olsson | s/ Colin Folawn |
| MARISSA A. OLSSON, WSBA #43488 | COLIN FOLAWN, WSBA #34211 |
| KRAFT DAVIES, PLLC | SCHWABE WILLIAMSON & WYATT |
| 600 University Street, Suite 1904 | 1420 5th Avenue, Suite 3400 |
| Seattle, Washington 98101 | Seattle, Washington 98101 |
| Telephone: (206) 624-8844 | Tel: 206-622-1711 |
| Fax: (866) 231-2499 | Email: cfolawn@schwabe.com |
| E-Mail: MAO@ADMIRALTY.COM | Attorneys for Plaintiff |
| Attorneys for Defendant | |

STIPULATION AND ORDER TO AMEND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (NO. 2:18-cv-00672 RSM) - 2

**KRAFT DAVIES P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA 98101
Ph. (206) 624-8844

# ORDER

BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that the deadlines for initial disclosures and for filing the Combined Joint Status Report and Discovery Plan shall be July 20, 2018.

DATED this 20th day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| KRAFT DAVIES, PLLC | SCHWABE WILLIAMSON & WYATT |
|---|---|
| s/ Marissa A. Olsson | s/ Colin Folawn |
| MARISSA A. OLSSON, WSBA #43488 | COLIN FOLAWN, WSBA #34211 |
| KRAFT DAVIES, PLLC | SCHWABE WILLIAMSON & WYATT |
| 600 University Street, Suite 1904 | 1420 5th Avenue, Suite 3400 |
| Seattle, Washington 98101 | Seattle, Washington 98101 |
| Telephone: (206) 624-8844 | Tel: 206-622-1711 |
| Fax: (866) 231-2499 | Email: cfolawn@schwabe.com |
| E-Mail: MAO@ADMIRALTY.COM | Attorneys for Plaintiff |
| Attorneys for Defendant | |

STIPULATION AND ORDER TO AMEND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (NO. 2:18-cv-00672 RSM) - 3

**KRAFT DAVIES P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA 98101
Ph. (206) 624-8844