UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCANDIES ROSE FISHING COMPANY LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HENRY PAGH, an individual,<br><br>Defendant. | Case No. C18-672 RSM<br><br>ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES |

This matter came before the Court upon the Parties' Stipulated Joint Motion to Extend Expert Disclosure and Discovery Deadlines. The Court being fully advised and having specifically reviewed the following:

1. Stipulated Joint Motion to Extend Expert Disclosure and Discovery Deadlines; and
2. [Proposed] Order Granting Stipulated Joint Motion to Extend Expert Disclosure and Discovery Deadlines.

Based on the parties' submissions, the Court concludes that there is good cause to grant the motion. Therefore, the Court hereby ORDERS, ADJUDGES, and DECREES that the parties' joint motion is GRANTED; the expert disclosure deadline is hereby continued to October 31, 2018, and the discovery cutoff is hereby continued December 31, 2018.

/ / /

ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\126129\239331\CJF\23679442.1

DATED this 15th day of August 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Colin Folawn, WSBA #34211
Colin Folawn, WSBA #34211
cfolawn@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
*Telephone:	206.622.1711*
*Facsimile:	206.292.0460*
*Counsel for Plaintiff, Scandies Rose Fishing Company LLC*

KRAFT DAVIES, PLLC

By: /s/ Colin Folawn (email authority)
Marissa A. Olsson, WSBA #43488
mao@admiralty.com
600 University Street, Suite 1904
Seattle, WA  98101
Telephone:  206.624.8844
Facsimile:  866.231.2499
*Co-Counsel for Defendant*

MCNEESE & TROTSKY, PLLC

By: /s/ Colin Folawn (email authority)
Adam D. Trotsky, WSBA #31506
adam@mcneesetrotsky.com
11711 Southwest 7th Street, Suite 301
Bellevue, WA  98005
Telephone:  206.332.1918
Facsimile:   206.332.0175
*Co-Counsel for Defendant*

ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\126129\239331\CJF\23679442.1